ACCEPTED
05-15-00668-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/24/2015 4:39:31 PM
LISA MATZ
CLERK

Case Number 05-15-00668-CV

IN THE FIFTH DISTRICT COURT OF APPEALS
at Dallas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/24/2015 4:39:31 PM
LISA MATZ
Clerk

AMBER L. MORRISON,

Appellant,

v.

CHRISTOPHER M. FANSLER,

Appellee.

_____

From Cause Number DC-13-08561 in the 95th Judicial District Court
of Dallas County

_____

**AGREED MOTION TO DISMISS**

_____

**WALTERS, BALIDO & CRAIN, L.L.P.**

**Gregory R. Ave**
State Bar No. 01448900
Meadow Park Tower, 15th Floor
10440 N. Central Expressway
Dallas, Texas 75213
Telephone Number (214) 749-4805
Facsimile Number (214) 347-8311

ATTORNEY FOR APPELLANT
AMBER L. MORRISON

**June 24, 2015**

TO THE HONORABLE DALLAS COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10 and 42.1(a)(2)(B), Appellant Amber L. Morrison ("Morrison") and Appellee Christopher Fansler ("Fansler") file their agreed motion to dismiss the instant appeal and would respectfully show this Court as follows:

1.     This appeal concerns a final judgment (entered on or about February 21, 2015) in cause number DC-13-08561, styled *Christopher Fansler v. Amber Morrison*, and pending in the 95th Judicial District Court of Dallas County, Texas ("the *Fansler* suit").   Fansler filed his lawsuit seeking to recover money damages for bodily injuries allegedly sustained due to an automobile accident which occurred on or about February 5, 2013.  On May 28, 2015, mediation was conducted regarding the *Fansler* suit and a settlement was reached.

2.     The resolution and conclusion of the *Fansler* suit renders this appeal matter moot.

3.     The settlement of the *Fansler* suit is in the process of being finalized with this understanding that the Court will set aside the trial court's Judgment (entered on or about February 21, 2015) and remand the

1

case to the trial court for rendition of judgment in accordance with the parties' agreement.

4.     Accordingly, the parties request the Court enter an order or judgment setting aside the trial court's Judgment (entered on or about February 21, 2015) and remanding the case to the trial court for rendition of judgment in accordance with the parties' agreement.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, L.L.P.**


By:    /s/ Gregory R. Ave
      Gregory R. Ave
      Texas State Bar No. 01448900
      Meadow Park Tower, 15th Floor
      10440 North Central Expressway
      Dallas, Texas 75231
      (2l4) 347-8310
      (2l4) 347-8311 (facsimile)
      greg.ave@wbclawfirm.com

ATTORNEY FOR APPELLANT AMBER L. MORRISON


**LAFITTE, ABBOTT, WING, REHFELD & HOLLOWAY, P.L.L.C.**

By:    /s/  Grant Gerleman
      Grant Gerleman, Esquire
      Texas State Bar No. 24083065

2

1934 Pendleton Dr.
Garland, Texas 75041
(972) 263-5555
(972) 682-7586 Facsimile
eservice@lawrh.com

ATTORNEY FOR APPELLEE
CHRISTOPHER M. FANSLER